IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 USC § 4100 *et seq.* | Case No. 4:17-mc-6 -CIV<br><br>**ORDER** |

Pursuant to 28 U.S.C. § 636(g), The Honorable Thomas E. Rogers, III, a United States Magistrate Judge for the District of South Carolina, is hereby assigned to perform the verification proceedings as required by 18 U.S.C. § 4107 *et seq.* commencing on or about January 6, 2017, in South Carolina relating to the proposed transfer of an offender from the United States to the Bahamas. He is also authorized to assign counsel for the offender as provided in 18 U.S.C § 4109.

**IT IS SO ORDERED**.

                                                  *s/ Terry L. Wooten*
                                                  Chief United States District Judge

December 20, 2016
Columbia, South Carolina